Steven L. Yarmy, Esq
Nevada Bar No. 8733
7464 West Sahara Avenue
Las Vegas, Nevada 89117
(702) 586-3513
(702) 586-3690 FAX
sly@stevenyarmylaw.com
*Attorney for Defendants Benjamin B. Childs, Esq.,
and. Benjamin B. Childs, LTD.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| USHA IDNANI,<br><br>PLAINTIFF,<br><br>V.<br><br>BENJAMIN B. CHILDS, ESQUIRE, AN INDIVIDUAL; BENJAMIN B. CHILDS, LTD., A NEVADA PROFESSIONAL CORPORATION; DOES I THROUGH X, INCLUSIVE; AND ROE CORPORATIONS I THROUGH X, INCLUSIVE,<br><br>DEFENDANTS. | CASE NO.: 2:19-CV-01162-JAD-DJA<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE**<br><br>ECF No. 12 |

### ORDER ON STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

Upon Stipulation of the parties, and good cause appearing, therefore,

It is hereby **ORDERED AND ADJUDGED** that this action is dismissed with prejudice.

It is further **ORDERED AND ADJUDGED** that each party pay his own fees and costs incurred in connection herewith; and

It is further **ORDERED AND ADJUDGED** that all hearings and deadlines, if any, shall be vacated.

STIPULATION AND ORDER DISMISS WITH PREJUDICE

Prepared and submitted by:

**/s/Steven L. Yarmy, Esq.**
Steven L. Yarmy, Esq
Nevada Bar No. 8733
7464 West Sahara Avenue
Las Vegas, Nevada 89117
(702) 586-3513
(702) 586-3690 FAX
sly@stevenyarmylaw.com
Attorney for Defendants Benjamin B. Childs, Esq.,
and. Benjamin B. Childs, LTD.

///

///

///

///

///

## ORDER

Based on the parties' stipulation **[ECF No. 12]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 13, 2019

STIPULATION AND ORDER DISMISS WITH PREJUDICE